B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Chicagoland Portable Storage Systems, LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 20-5709676 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 150 North 25th Avenue Melrose Park, IL  ZIP Code 60160 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Chicagoland Portable Storage Systems, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Chicagoland Portable Storage Systems, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  /s/ Gregory K. Stern<br>Signature of Attorney for Debtor(s)<br> Gregory K. Stern 6183380<br>Printed Name of Attorney for Debtor(s)<br> Gregory K. Stern, P.C.<br>Firm Name<br> 53 West Jackson Boulevard<br> Suite 1442<br> Chicago, IL 60604<br>Address<br><br> (312) 427-1558  Fax: (312) 427-1289<br>Telephone Number<br> August 2, 2012<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  /s/ Gregory Kaufman<br>Signature of Authorized Individual<br> Gregory Kaufman<br>Printed Name of Authorized Individual<br> Authorized Agent<br>Title of Authorized Individual<br> August 2, 2012<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Chicagoland Portable Storage Systems, LLC          Case No.
                                                                   Debtor(s)          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADT Security<br>P.O. Box 631877<br>Irving, TX 75063 | ADT Security<br>P.O. Box 631877<br>Irving, TX 75063 | Trade Debt | | 470.00 |
| Alan Financial<br>P.O. Box 108<br>Saint Louis, MO 63166 | Alan Financial<br>P.O. Box 108<br>Saint Louis, MO 63166 | Line of Credit | | 11,600.00 |
| Banco Popular North America<br>9600 West Bryn Mawr<br>Des Plaines, IL 60018 | Banco Popular North America<br>9600 West Bryn Mawr<br>Des Plaines, IL 60018 | | | 854,931.89<br><br>(Unknown secured) |
| Bronson & Kahn<br>150 North Wacker Drive<br>Suite 1400<br>Chicago, IL 60606 | Bronson & Kahn<br>150 North Wacker Drive<br>Suite 1400<br>Chicago, IL 60606 | Professional Fees | | 6,200.00 |
| CJBS<br>2100 Sanders Road, Suite 200<br>Northbrook, IL 60062 | CJBS<br>2100 Sanders Road, Suite 200<br>Northbrook, IL 60062 | Professional Services | | 2,500.00 |
| Commonwealth Edison<br>P.O. Box 6111<br>Carol Stream, IL 60197 | Commonwealth Edison<br>P.O. Box 6111<br>Carol Stream, IL 60197 | Trade Debt | | 5,000.00 |
| D & P Construction<br>8605 West Bryn Mawr Ave.<br>Suite 301<br>Chicago, IL 60631 | D & P Construction<br>8605 West Bryn Mawr Ave.<br>Suite 301<br>Chicago, IL 60631 | Trade Debt | | 310.00 |
| GE Capital<br>P.O. Box 650016<br>Dallas, TX 75265-0016 | GE Capital<br>P.O. Box 650016<br>Dallas, TX 75265-0016 | Trade Debt | | 400.00 |
| Gregory & Lori Kaufman<br>1645 West Pierce Avenue<br>Chicago, IL 60622 | Gregory & Lori Kaufman<br>1645 West Pierce Avenue<br>Chicago, IL 60622 | Loans | | 200,000.00 |
| Key Bank Credt Card<br>P.O. Box 790408<br>Saint Louis, MO 63179 | Key Bank Credt Card<br>P.O. Box 790408<br>Saint Louis, MO 63179 | Trade Debt | | 10,500.00 |
| Masaru K. Takiguchi<br>1415 West 22nd Street<br>Oak Brook, IL 60523 | Masaru K. Takiguchi<br>1415 West 22nd Street<br>Oak Brook, IL 60523 | Trade Debt | | 390.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Chicagoland Portable Storage Systems, LLC    Case No.
         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McKinney Trailers<br>c/o Nickolaou, Michaels & Evans, Ltd.<br>7503 West 56th Street<br>Summit Argo, IL 60501 | McKinney Trailers<br>c/o Nickolaou, Michaels & Evans, Ltd.<br>7503 West 56th Street<br>Summit Argo, IL 60501 | Trade Debt | | 9,082.77 |
| Northwestern Memorial Physicians Group<br>680 North Lakshore Drive, Suite 818<br>Chicago, IL 60611 | Northwestern Memorial Physicians Group<br>680 North Lakshore Drive, Suite 818<br>Chicago, IL 60611 | Services | | 65.00 |
| Penske Truck Leasing Co., LP<br>2803 South Cicero Ave.<br>Cicero, IL 60804 | Penske Truck Leasing Co., LP<br>2803 South Cicero Ave.<br>Cicero, IL 60804 | Trade Debt | Disputed | 75,000.00 |
| PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285 | PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285 | Trade Debt | | 7,500.00 |
| Quicksolvers<br>35 East Wacker Drive<br>9th Floor<br>Chicago, IL 60601 | Quicksolvers<br>35 East Wacker Drive<br>9th Floor<br>Chicago, IL 60601 | Trade Debt | | 600.00 |
| Radix Investor Group, LLC<br>220 West Scott Street<br>Unit E<br>Chicago, IL 60610 | Radix Investor Group, LLC<br>220 West Scott Street<br>Unit E<br>Chicago, IL 60610 | Loan | | 200,000.00 |
| Revenue Group<br>3700 Park East Drive<br>Suite 340<br>Beachwood, OH 44122 | Revenue Group<br>3700 Park East Drive<br>Suite 340<br>Beachwood, OH 44122 | Trade Debt | | 3,800.00 |
| Village of Bellwood Property Commission<br>3200 Washington Blvd.<br>Bellwood, IL 60104 | Village of Bellwood Property Commission<br>3200 Washington Blvd.<br>Bellwood, IL 60104 | Lease Default | | 229,161.04 |
| Waste Mangement<br>1411 Opus Place<br>Suite 400<br>Downers Grove, IL 60515 | Waste Mangement<br>1411 Opus Place<br>Suite 400<br>Downers Grove, IL 60515 | Trade Debt | | 200.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Chicagoland Portable Storage Systems, LLC                                   Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 2, 2012                      Signature   /s/ Gregory Kaufman
                                                       Gregory Kaufman
                                                       Authorized Agent

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ADT Security
P.O. Box 631877
Irving, TX 75063

Alan Financial
P.O. Box 108
Saint Louis, MO 63166

Banco Popular North America
9600 West Bryn Mawr
Des Plaines, IL 60018

Bronson & Kahn
150 North Wacker Drive
Suite 1400
Chicago, IL 60606

Chuhak & Tecson, PC
30 South Wacker Drive
Suite 2600
Chicago, IL 60606-7413

CJBS
2100 Sanders Road, Suite 200
Northbrook, IL 60062

Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197

D & P Construction
8605 West Bryn Mawr Ave.
Suite 301
Chicago, IL 60631

GE Capital
P.O. Box 650016
Dallas, TX 75265-0016

Gregory & Lori Kaufman
1645 West Pierce Avenue
Chicago, IL 60622

Joseph M. Urgo, Esq.
6914 West North Avenue
Chicago, IL 60707


Key Bank Credt Card
P.O. Box 790408
Saint Louis, MO 63179


Lee Bolnick
815 North Winchestor
Chicago, IL 60622


Masaru K. Takiguchi
1415 West 22nd Street
Oak Brook, IL 60523


McKinney Trailers
c/o Nickolaou, Michaels & Evans, Ltd.
7503 West 56th Street
Summit Argo, IL 60501


Northwestern Memorial Physicians Group
680 North Lakshore Drive, Suite 818
Chicago, IL 60611


Penske Truck Leasing Co., LP
2803 South Cicero Ave.
Cicero, IL 60804


PNC Bank
P.O. Box 856177
Louisville, KY 40285


Quicksolvers
35 East Wacker Drive
9th Floor
Chicago, IL 60601


Radix Investor Group, LLC
220 West Scott Street
Unit E
Chicago, IL 60610

```
Revenue Group
3700 Park East Drive
Suite 340
Beachwood, OH 44122


RICOH/IKON
3920 Arkwright Road
Suite 400
Macon, GA 31210


Smartbox Portable Self Storage
2100 Dabney Road
Richmond, VA 23230


The Chaet Kaplan Baim Firm
30 North LaSalle Street
Suite 1520
Chicago, IL 60602


Village of Bellwood Property Commission
3200 Washington Blvd.
Bellwood, IL 60104


Waste Mangement
1411 Opus Place
Suite 400
Downers Grove, IL 60515
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Chicagoland Portable Storage Systems, LLC                          Case No.
                            Debtor(s)                                       Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Chicagoland Portable Storage Systems, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Gregory Kaufman
1645 West Pierce Avenue
Chicago, IL 60622

☐ None [*Check if applicable*]

| August  2, 2012 | /s/ Gregory K. Stern |
|---|---|
| Date | Gregory K. Stern 6183380 |
| | Signature of Attorney or Litigant |
| | Counsel for   Chicagoland Portable Storage Systems, LLC |
| | Gregory K. Stern, P.C. |
| | 53 West Jackson Boulevard |
| | Suite 1442 |
| | Chicago, IL 60604 |
| | (312) 427-1558 Fax:(312) 427-1289 |